UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| DONNIE EUGENE AIKINS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 6:13-CV-54 |
| § | |
| WARRIOR ENERGY SERVICES CORP., § | |
| § | |
| Defendant. § | |

## ORDER

Defendant's request to compel five additional depositions is **DENIED**. The Court's discovery plan allowed each side the right to depose five plaintiffs prior to the filing of a motion that will require the Court to take a position on the question of statutory interpretation that affects this case. Plaintiff chose not to take its five, which was its right. The statutory issue can be teed up with one or more of the five plaintiffs whose depositions Defendant chose to take.

After the Court rules on the statutory issue in a "test case" involving this small sample of plaintiffs, the Court will allow Defendant to take a significant number of depositions. The Court's ruling in the "test case" will hopefully narrow the focus of those depositions, thus reducing costs for both sides.

SIGNED this 30th day of April, 2014.

_____
Gregg Costa
United States District Judge