IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| DONNIE EUGENE AIKINS, ET AL. § | | |
| *Plaintiffs* § | | |
| vs. § | Civil Action No. 6:13-cv-00054 | |
| § | | |
| WARRIOR ENERGY SERVICES CORP. § | JURY DEMANDED | |
| *Defendant* § | | |

## PLAINTIFFS' CERTIFICATE OF COMPLIANCE

     Plaintiffs' counsel certifies that all 56 Plaintiffs in the above-entitled cause have complied with the Court's Order as set forth in docket entry dated March 26, 2014. In this regard, all Plaintiffs have submitted verifications/declarations supporting their interrogatory answers and Plaintiffs Chris Gale and David Henry have submitted their responses to Defendant's discovery requests.

     Defendant's counsel has confirmed that he has received Plaintiffs' verifications/declarations as required by said Order.

Respectfully submitted,

By: /s/ Clark Woodson III
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
State Bar No. 00794880
S.D. Tex. No. 21481
**Attorney for Plaintiffs**

**Certificate of Service**

   I hereby certify that a true and correct copy of ***Plaintiffs' Certificate of Compliance*** has been served on the following counsel of record via the court's Case Management/Electronic Case Files (CM/ECF) system on this the 1st day of May, 2014.

William John Bux
600 Travis Street, Suite 2800
Houston, Texas 77002

                 /s/ Clark Woodson III
                   Clark Woodson III