Case 6:13-cv-00054   Document 52-3   Filed in TXSD on 09/06/14   Page 1 of 6

Deposition of Randall James Newell- Superior Energy        Donnie Eugene Aikins, et al vs. Warrior Energy Services Corp

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                       VICTORIA DIVISION

DONNIE EUGENE AIKINS, ET   )
AL                         )
Plaintiffs                 )
                           )
vs.                        ) CASE NO. 6:13-cv-00054
                           )
WARRIOR ENERGY SERVICES    )
CORP.                      )
Defendant                  )



                        ORAL DEPOSITION
                     RANDALL JAMES NEWELL
                         May 2, 2014


     ORAL DEPOSITION OF RANDALL JAMES NEWELL,
produced as a witness at the instance of the
Defendant and duly sworn, was taken in the
above-styled and numbered cause on the 2nd day of
May, 2014, from 10:23 a.m. to 12:57 p.m., before
Vickie G. Hildebrandt, Certified Shorthand Reporter
in and for the State of Texas, reported by
computerized stenotype machine at the offices of
Locke Lord LLP, 600 Travis, Suite 2800, Houston,
Texas, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.
```

EXHIBIT "E"

Case 6:13-cv-00054   Document 52-3   Filed in TXSD on 09/06/14   Page 2 of 6

Deposition of Randall James Newell- Superior Energy          Donnie Eugene Aikins, et al vs. Warrior Energy Services Corp

```
 1                    APPEARANCES
 2
 3   FOR PLAINTIFFS:
 4        Mr. Clark Woodson, III
          Attorney at Law
 5        601 East Myrtle
          Angleton, Texas   77515
 6
 7   FOR DEFENDANT:
 8        Mr. J. Michael Rose
          Locke Lord LLP
 9        600 Travis, Suite 2800
          Houston, Texas   77002
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 6:13-cv-00054   Document 52-3   Filed in TXSD on 09/06/14   Page 3 of 6

Deposition of Randall James Newell- Superior Energy     Donnie Eugene Aikins, et al vs. Warrior Energy Services Corp

1  behind it?
2  A.  Whenever we would move places, either the
3  Buffalo or the heater.
4  Q.  What's the Buffalo?
5  A.  Fuel Buffalo, like 600-gallon tank.
6  Q.  And that would be on a trailer that's towed
7  behind the pickup?
8  A.  Yes, sir.
9  Q.  Is that pretty common for you to have a
10 trailer behind that pickup?
11 A.  Yes.
12 Q.  On the -- when you're working jobs?
13 A.  Moving from, yeah, from location to
14 location.
15 Q.  You say most times you had one?
16 A.  On location, yes.
17 Q.  Do you have any idea what those trailers
18 would have weighed?
19 A.  No idea.
20 Q.  So the one you said hauled about -- had
21 capacity of 600 -- you say 600 gallons?
22 A.  600 gallons, yeah.
23 Q.  Okay.  And then the other thing that you
24 would tow on it was a heater?
25 A.  Yes, sir.

Case 6:13-cv-00054   Document 52-3   Filed in TXSD on 09/06/14   Page 4 of 6

Deposition of Randall James Newell- Superior Energy          Donnie Eugene Aikins, et al vs. Warrior Energy Services Corp

1  A.  The direction, everything with how flowback
2  would be ran, how things would be set up and
3  everything else was pretty hand-in-hand with how the
4  coil operator, how it was more convenient for them,
5  light plans being set up, not blinding their eyes,
6  heaters being set up, where the fuel Buffalo went
7  that would be convenient for the truck to get in
8  there.
9  Q.  Is that fuel Buffalo, is that that
10 600-gallon thing you were talking about?
11 A.  Yeah.
12 Q.  It was pulled on a trailer?
13 A.  Yeah, it would be parked next to the fluid
14 pump because it had the biggest tanks on it and then
15 the slip tank or the pickup would drive around and
16 fill up the slip tank and then fill up the equipment,
17 back and forth, and then whenever we didn't have the
18 fuel Buffalo, we'd have to make trips into town and
19 fill up.  I think the slip tank is 80 gallons or 60
20 gallons or something, but we'd have to make many
21 trips out there.
22 Q.  Did you do that?
23 A.  I have, yes.
24 Q.  How frequently?
25 A.  Depending on where we're at, I'd say three

Case 6:13-cv-00054   Document 52-3   Filed in TXSD on 09/06/14   Page 5 of 6

Deposition of Randall James Newell- Superior Energy    Donnie Eugene Aikins, et al vs. Warrior Energy Services Corp

1  I declare under penalty of perjury that the
2  foregoing is true and correct.
3
4
5                          RANDALL JAMES NEWELL
6
7
8     SUBSCRIBED AND SWORN TO BEFORE ME, the
9  undersigned authority, by the witness, RANDALL JAMES
10 NEWELL, on this the        day of                    ,
11      .
12
13
14                          NOTARY PUBLIC IN AND FOR
15                          THE STATE OF
16
17 My Commission Expires:
18
19
20
21
22
23
24
25

Case 6:13-cv-00054   Document 52-3   Filed in TXSD on 09/06/14   Page 6 of 6

Deposition of Randall James Newell- Superior Energy          Donnie Eugene Aikins, et al vs. Warrior Energy Services Corp

```
 1  STATE OF TEXAS
 2  COUNTY OF HARRIS
 3
 4                REPORTER'S CERTIFICATE
 5      ORAL DEPOSITION OF RANDALL JAMES NEWELL
 6                     May 2, 2014
 7
 8       I, the undersigned Certified Shorthand Reporter
 9  in and for the State of Texas, certify that the facts
10  stated in the foregoing pages are true and correct.
11       I further certify that I am neither attorney or
12  counsel for, related to, nor employed by any parties
13  to the action in which this testimony is taken and,
14  further, that I am not a relative or employee of any
15  counsel employed by the parties hereto or financially
16  interested in the action.
17       SUBSCRIBED AND SWORN TO under my hand and seal
18  of office on this the      day of                   ,
19       .
20
21
22                         Vickie G. Hildebrandt, CSR
                           Texas CSR 1363
23                         Expiration:  12/31/15
                           STRATOS LEGAL SERVICES, LP
24                         Firm Registration No. 484
                           4295 San Felipe, Suite 125
25                         Houston, Texas   77027
```