

*Carla Cotropia*
*Partner*
HOUSTON DIRRECT 713.571.4204
ccotropia@millsshirley.com

September 30, 2015

Re: **Civil Action No. 6:13-CV-00054;** *Aikins et al v. Warrior Energy Services Corp.***; In the United States District Court for the Southern District of Texas, Victoria Division.**

**Judge Gregg Costa**
**United States District Court**
**515 Rusk St., Rm 4627**
**Houston, TX. 77002**

Dear Judge Costa,

    I served as the mediator in the above styled case. This case was mediated by the parties in good faith. The case has settled. My fees were $1500 per side.

    Yours very truly,

    */s/ Carla Cotropa*

    Carla Cotropia

CC:bmo
4850-0455-6073/100633.194