IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| Donnie Eugene Aikins, et al., | § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 6:13-cv-00054 |
| | § § | |
| Warrior Energy Services Corp., | § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice filed by all Plaintiffs and Defendant in this cause of action and finds the Joint Motion is well taken.

The Court approves the mediator-supervised settlement which disposes of all Plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs.  There are no other Plaintiffs in this lawsuit.  The Court hereby Grants the Joint Motion and Orders that all claims of all Plaintiffs in this cause of action are dismissed with prejudice with each party to bear their own costs and attorneys fees in conformance with the mediator-supervised settlement and the foregoing Stipulation of Dismissal with Prejudice of Plaintiffs and Defendant.

Signed on this _____ day of _____, 2015

_____
Gregg Costa
United States Circuit Judge*

* Sitting by designation